**Alberia L. FOSTER, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of the Social Security Administration, Defendant–Appellee.**

**No. 08–35120.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2008.*

Filed July 23, 2008.

Don E. Burris, Billings, MT, for Plaintiff–Appellant.

Dorrelyn K. Dietrich, SSA—Social Security Administration General Counsel's Office, Region VIII, Denver, CO, Leif M. Johnson, USBI—Office of the U.S. Attorney, Billings, MT, for Defendant–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

### MEMORANDUM **

Appellee's unopposed motion for a full remand is granted, and the district court's October 26, 2007 judgment is vacated and remanded.

Pursuant to sentence four of 42 U.S.C. § 405(g), the district court shall remand the case to the Commissioner of Social Security for further administrative proceedings. The district court shall enter judgment consistent with *Shalala v. Schaefer,* 509 U.S. 292, 296–302, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993).

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

